RECEIVED

MAR 0 7 2022

*Kna*

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

*Wanda Mere Allen*

v.

*City of Raleigh Police Department*
*Captain Murr*

NO. 5: 22-CV-00081-
BO

COMPLAINT

Plaintiff resides at:

*3316 Perkins Ridge Rd., Raleigh NC 27610*

_____

_____

_____

_____

Defendant(s)' name(s) and address(es), if known:

*City of Raleigh Police, South East District*
*Raleigh NC 27610 Captain Murr*
*2800 Rock Quarry Rd.*
*Raleigh NC 27610*

_____

_____

_____

Jurisdiction in this court is based on:

This jurisdiction in this Court is based on
Defendant is a U.S Government employee.
Risa Marie Simpson is *the* internally
recognized as a FBI Special Agent.

The acts complained of in this suit concern:

This defendant deliberately caused the death
of Risa Marie Simpson on 12/13/2021 - 12/14/2021,
By means of Freezing to death.

This defendant structured biomass and vehicle
barriers keeping Risa isolated in the area,
without means to seek help or Shelter;
Caused Risa Marie Simpson to freeze to
death ander initial death experience, on
12/13/2021 & 12/14/2021.

2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I, Wanda Marie Allen, is seeking the following relief:

Life in Prison w/out means or consideration for parole.

$300,000,000.00 is deberberately Causing Pain and Suffering.

03/05/2021
DATE

*Wanda Marie Allen*
SIGNATURE OF PLAINTIFF

336 Perkins Ridge Rd.
Raleigh, NC 27610

(919) 594-3201

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3