UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA MARIE ALLEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF RALEIGH POLICE )<br>DEPARTMENT and CAPTAIN MURR, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br>**CASE NO. 5:22-CV-81-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on February 28, 2023 [DE 22], the court ADOPTS the Memorandum and Recommendation [DE 11]. Plaintiff's complaint is DISMISSED.

This Judgment filed and entered on March 1, 2023, and copies to:
Wanda Marie Allen (via US Mail)

March 1, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk